IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KWESI B. AMONOO,

      Plaintiff,

v.

LIZZIE TEGELS, TIM THOMAS and
KAREN SPARLING,

      Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-693-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment in favor of Lizzie Tegels, Tim Thomas and Karen Sparling and dismissing this case.

/s/                                                          3/16/2016

Peter Oppeneer, Clerk of Court                  Date