IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KWESI B. AMONOO,

    Plaintiff,

  v.

LIZZIE TEGELS, ET AL,

    Defendants.

ORDER

Case No. 12-cv-693-wmc

KWESI B. AMONOO,

    Plaintiff,

  v.

KUTINA, ET AL.,

    Defendants.

ORDER

Case No. 15-cv-603-slc

KWESI B. AMONOO,

    Plaintiff,

  v.

WASHETAS, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-125-wmc

Plaintiff has submitted a motion requesting permission to pay the remainder of the filing fees in each of the above cases from plaintiff's release account. Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $350 filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in installments of 20% of the preceding month's income, in accordance with 28 U.S.C. § 1915(b)(2). On September 27, 2012; September 24, 2015; and March 8, 2016, respectively, this court entered an order in each of

1

the above cases assessing plaintiff an initial partial payment of the filing fee for each case, which plaintiff has paid. Plaintiff has been making monthly installment payments for each case since then.

The language of 28 U.S.C. § 1915(b)(1) requires prison officials to use a prisoner's release account to satisfy an initial partial payment if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). However, with the exception of such initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. Therefore, I will deny this motion.

ORDER

IT IS ORDERED that plaintiff Kwesi B. Amonoo's motion requesting permission to pay the remainder of the filing fee in each of the above cases from plaintiff's release account is DENIED.

Entered this 29th day of June, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge